# FORECLOSURE DEED UNDER POWER OF
## SALE IN MORTGAGE

Residential Credit Solutions, Inc., a corporation organized and existing under the laws of the United States of America and with a place of business at 4282 N. Freeway, Fort Worth, TX 76137, holder of a mortgage by Modupe Osifodunrin to MERS, Inc., as nominee for Countrywide Home loans, Inc., dated September 15, 2003 and recorded in the Records of Land Evidence of the Town of Hopkinton, State of Rhode Island on September 16, 2003 in Book 387 at Page 484, as affected by Modification Agreement between MERS, Countrywide Home Loans, Inc. and Modupe Osifodunrin dated August 6, 2004 and recorded in the Records of Land Evidence of the Town of Hopkinton, State of Rhode Island on November 15, 2004 in Book 412 at Page 63, as further affected by Modification Agreement between Countrywide Home Loans, Inc. and Modupe Osifodunrin dated August 2, 2006 and recorded in the Records of Land Evidence of the Town of Hopkinton, State of Rhode Island on July 27, 2007 in Book 456 at Page 362, by the power conferred by said mortgage and by every other power it thereunto enabling, for and in consideration of the sum of Two Hundred Ninety-Four Thousand Three Hundred Six And 99/100 ($294,306.99) Dollars, paid to it, hereby grants to FV REO I, LLC, having a mailing address of 4282 N. Freeway , Fort Worth, TX 76137, its successors and assigns, the premises conveyed by said mortgage as described in Exhibit "A" attached hereto.



The transfer of this property is the subject of foreclosure, and there were no net proceeds subject to the withholding provisions of R.I.G.L. 44-30-71.3.

This Conveyance is made subject to all taxes, assessments, and other encumbrances which may constitute a lien thereon surviving said foreclosure sale, and is conveyed subject to any restrictions of records and rights of tenants in possession, if any, as shall notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

The undersigned certifies under oath that compliance with RIGL 23-28.35-1 et seq. is not required because RIGL 23-28.35-14 exempts compliance because the property is being transferred pursuant to a foreclosure sale, a tax sale, as a redemption of a tax sale, or in lieu of foreclosure.

IN WITNESS WHEREOF, Residential Credit Solutions, Inc. has caused these presents to be executed by its duly authorized officer this __20__ day of October _____, 2011.

Residential Credit Solutions, Inc.

By: _____
       Alicia Wood

Its:        Vice President

STATE OF ____TEXAS_____
COUNTY OF __TARRANT_____

In _Fort Worth, Texas_ , on the __20__ day of _October_____ , 2011 before me personally appeared the above named__Alicia Wood_____ , ____Vice President_____ of Residential Credit Solutions, Inc., to me known and known to me to be the party executing the foregoing instrument on behalf of said Corporation and acknowledged said instrument so executed to be his/her free act and deed in said capacity and the free act and deed of said Residential Credit Solutions, Inc.



_____
Notary Public

My Commission Expires     01-22-2012        Notary Name Printed:  Rachel Highbarger

Osifodunrin; 351 Tomaquag Road, Hopkinton, RI

RACHEL HIGHBARGER
Notary Public, State of Texas
My Commission Expires
January 22, 2012

EXHIBIT "A"

That certain lot or parcel of land with all buildings and improvements thereon situated in the Town of Hopkinton, County of Washington, State of Rhode Island, designated as Lot 13 (thirteen) on that plat entitled, "Deer Creek Estates Location Tomaquag Road, Hopkinton, Rhode Island, Prepared for Padula Builders, 1430 Main Street, West Warwick, Rhode Island 02893", which plat is recorded in the Land Evidence Records of the Town of Hopkinton in Plat Book 11, Page 6.

Subject to a Conservation/Open Space Easement recorded in Book 362, Page 507.

Subject to Declaration of Restrictions, Protective Covenants and Easements recorded in Book 363, Page 700; Book 374, Page 274; and Book 380, Page 400.

Property Address:   351 Tomaquag Road, Hopkinton, RI 02833

## AFFIDAVIT OF SALE UNDER POWER OF
## SALE IN MORTGAGE

I, _____ Alicia Wood _____, _____ Vice President _____ of

Residential Credit Solutions, Inc. named in the foregoing deed, make oath and say that the

principal and interest obligations mentioned in the mortgage above referred to was not paid

or tendered or performed when due or prior to the sale, that after proper notice to the

mortgagors, I caused to be published four times, namely September 21, 2011, September

28, 2011, October 5, 2011, October 11, 2011 in the Westerly Sun, a public newspaper

published in Town of Westerly, State of Rhode Island, in accordance with provisions of said

mortgage and as required by applicable law, a Notice of said sale, a copy of which is

attached hereto as Exhibit "A" and incorporated herein.

Pursuant to said notice, at the time and place therein appointed, Residential Credit

Solutions, Inc. sold the mortgaged premises at public auction by Irving Shechtman & Co.,

an auctioneer duly licensed by the State of Rhode Island, to FV REO I, LLC, for Two

Hundred Ninety-Four Thousand Three Hundred Six And 99/100 ($294,306.99 ) Dollars,

paid by FV REO I, LLC, being the highest bid made for said premises at said auction,

subject to such restrictions and easements of record, and to local, state and federal taxes

and liens and such other liens and charges, if any, as may constitute valid liens or

encumbrances thereon after said foreclosure sale.

That to the best of my knowledge, information and belief Modupe Osifodunrin was

not a "persons in the military service" of the United States of America as defined by the

"Soldiers' and Sailors' Civil Relief Act of 1940" and by the "Servicemembers' Civil Relief

Act, 50 U.S.C. §§501 et seq. ("SCRA"), nor was he in the "military service" as defined by

said acts at the time of the commencement of the within foreclosure proceedings, or at the

time of sale, or at any time within the period of nine (9) months immediately preceding the

sale.   The above facts have been ascertained after investigation duly made on behalf of

Residential Credit Solutions, Inc. and that I am familiar with the contents of the said

Soldiers' and Sailors' Civil Relief Act of 1940, as amended and the "Servicemembers' Civil

Relief Act, 50 U.S.C. §§501 et seq. ("SCRA").

Residential Credit Solutions, Inc.,

By:_____
                            Alicia Wood
        Its:            Vice President


STATE OF ____TEXAS_____
COUNTY OF __TARRANT_____

Subscribed and sworn before me, the undersigned notary public, this __20__ day of
__October_____, 2011 by _____Alicia Wood_____,
_____Vice President_____ of Residential Credit Solutions, Inc.


Notary Public

My Commission Expires   01-22-2012        Notary Name Printed:  Rachel Highbarger

Osifodunrin; 351 Tomaquag Road, Hopkinton, RI

RACHEL HIGHBARGER
Notary Public, State of Texas
My Commission Expires
January 22, 2012

Exhibit "A"

**No.747** Legal
## MORTGAGE FORECLOSURE SALE
### 351 Tomaquag Road, Hopkinton, RI 02833

Will be sold, subject to any and all prior liens and encumbrances, at public auction on October 12, 2011, at 10:00 AM on the premises by exercise of the power of sale in a mortgage executed by Modupe Osifodunrin dated September 15, 2003 and recorded in the Hopkinton, RI Land Evidence Records in Book 387 at Page 484, as affected by modification agreement between MERS, Countrywide Home Loans, Inc. and Modupe Osifodunrin dated 8/6/2004 and recorded 11/15/2004 in Book 412, Page 63, as affected by modification agreement between Countrywide Home Loans, Inc. and Modupe Osifodunrin, dated 8/2/2006 and recorded on 7/27/2007 in Book 456, Page 362. Cash, certified or bank check of $5,000.00 required to bid. Other terms and conditions will be announced at the sale.

NICHOLAS BARRETT
Attorney for the Holder of the Mortgage
999 South Broadway
East Providence, Rhode Island 02914
www.auctionsri.com RSVP

BOOK 499 PAGE 511

## AFFIDAVIT OF NOTICE

The undersigned attorney at law, having been duly sworn, hereby states under oath as follows:

I caused to be mailed by regular first class mail and certified mail to the mortgagor at the address of the real estate and, if different, at the address designated by the mortgagor by written notice to the mortgagee as the mortgagor's address for receipt of notices, written notice of default, mortgagee's right to foreclose and notice of availability of mortgage counseling services at least 45 days prior to commencing foreclosure proceedings, in compliance with R.I. Gen. Laws §34-27-3.1 (a) and (b); that after the expiration of at least forty-six (46) days from the date of mailing of the notice required by R.I. Gen. Laws § 34-27-3.1, written notice of the time and place of the foreclosure sale under said mortgage was mailed by certified mail, return receipt requested, at least thirty (30) days prior to the first publication of said notice of foreclosure to each mortgagor at his/her last known address and to the property address, in compliance of Sections 34-11-22 and Section 34-27-4; said notices were sent to the address listed by the Tax Assessor if different from the above.

_____
Patricia A. Davis,
Attorney for Residential Credit Solutions, Inc.

Subscribed and sworn to before me at **East Providence** this 25th day of
October , 2011.

My Commission:_____     Eileen O. Smith   #46133
                                    Notary Public
                                    Notary Printed Name:_____

EILEEN O. SMITH
Notary Public, State of Rhode Island
My Commission Expires Feb. 29, 2012

Received for Record, Hopkinton, RI 11-1-2011
at 10:29 o'clock A m.  Recorded in Book 499 page 511
of the Land Evidence Records
Elizabeth J. Cook-Martin - Witness Town Clerk

Town of Hopkinton

# Receipt

Office of the Town Clerk
1 Town House Road
Hopkinton, RI 02833

| DATE |
|---|
| 11/1/2011 |

| Customer |
|---|
| NICHOLAS & BARRETT |

| CHECK NO. | PAYMENT METHOD |
|---|---|
| 219006 | Check |

| ACCOUNT | DESCRIPTION | AMOUNT |
|---|---|---|
| Recording Fee | BK499 P511 10:29AM | 86.00 |
| Surchg/Record | | 4.00 |
| Realty Stamps | BK499 P511 | 1,178.00 |

Thank you - Ree

| **Total** | $1,268.00 |
|---|---|